37 F.3d 1493
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Emit DEEL, Petitioner,
v.
D O & W COAL COMPANY, INCORPORATED; Director, Office of
Workers' Compensation Programs, United States
Department of Labor; Old Republic
Insurance Company, Respondents.
 No. 94-1239.
 United States Court of Appeals, Fourth Circuit.
 Submitted September 6, 1994.
Decided October 19, 1994.
 
 On Petition for Review of an Order of the Benefits Review Board. (92-2392-BLA)
 Emit Deel, petitioner pro se.
 Mark Elliott Solomons, Laura Metcoff Klaus, Arter & Hadden, Washington, D.C.; Patricia May Nece, Dorothy L. Page, United States Department of Labor, Washington, D.C., for respondents.
 Ben.Rev.Bd.
 AFFIRMED.
 Before WILKINSON and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 
 PER CURIAM
 
 1
 Appellant seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. Secs. 901-945 (West 1986 & Supp.1994). Our review of the record discloses that the Board's decision is based upon substantial evidence and that this appeal is without merit. Accordingly, we affirm on the reasoning of the Board. Deel v. D O & W Coal Co., No. 92-2392-BLA (B.R.B. Jan. 31, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED